UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-9332 SVW (ASx) | Date | July 30, 2019 |
|---|---|---|---|
| Title | Win Neuger, et. al., v. Robert Freeman, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS

Plaintiff Win Neuger, et al applied for an order to conduct a judgment debtor examination of Robert Freeman in this civil action. (Docket # 77.) The Court granted the application and set the matter for a hearing, initially, on May 21, 2019, (Docket # 79), and subsequently continued to July 30, 2019 (Docket # 98). However, Plaintiff's attorney, counsel of record for Judgment Debtor Robert Freeman, and Robert Freeman failed to appear at the hearing on July 30, 2019 at 10:00 a.m. Neither party requested a postponement of the hearing or communicated with the Court regarding their non-appearance.

IT IS THEREFORE ORDERED that attorney Michael Dempsey, counsel for Judgment Creditor, and Wilfred Killian, counsel for Judgment Debtor Robert Freeman will show cause why sanctions should not be personally imposed in this matter. Counsel may discharge this OSC by submitting declarations (not to exceed 3 pages) regarding the failure to attend the hearing no later than five (5) days from the date of this order. Additionally, Judgment Creditor will promptly inform the Court whether it intends to reapply for a further examination of the judgment debtor.

IT IS SO ORDERED.