1 MICHAEL D. DEMPSEY (State Bar No. 43310)
2 bruinlaw@dempseylawpc.com
DEMPSEY LAW P.C.
3 1880 Century Park East, Suite 516
Los Angeles, California 90067-1605
4 Telephone: (310) 551-2300
Facsimile: (310) 551-2302
5
Attorneys for Plaintiffs
6 WIN NEUGER, MARSHALL MANLEY,
MARSHALL MANLEY ROTH IRA, AND
7 PETER A. FEINSTEIN, MD, DIRECTOR
AND TRUSTEE OF THE PETER A. FEINSTEIN
8 MD PC PROFIT SHARING PLAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WIN NEUGER, an individual; MARSHALL MANLEY, an administrator of the MARSHALL MANLEY ROTH IRA; and PETER A. FEINSTEIN, MD, Director and Trustee of the PETER A. FEINSTEIN MD PC PROFIT SHARING PLAN,<br><br>         Plaintiff,<br><br>v.<br><br>ROBERT FREEMAN, an individual, dba FREEMAN & SEAR; TORY FREEMEN, an individual, dba FREEMAN & SEAR; and FREEMAN & SEAR, a general partnership,<br><br>         Defendants. | CASE NO.:<br>CV13-9332SVW(ASx)<br><br>RENEWAL OF JUDGMENT BY CLERK |

**[Proposed] Renewal of Judgment**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore, Judgment in favor of Plaintiffs, Win Neuger, an individual, Marshall Manley, an administrator of the Marshall Manley Roth IRA, Peter Feinstein, M.D., Director and Trustee of the Peter A. Feinstein MD PC Profit Sharing Plan, and against Defendant, Robert Freeman, an individual, dba Freeman & Sear, Tory Freeman, an individual dba Freeman & Sear, and Freeman & Sear, a general partnership, entered on May 29, 2014, be and the same is hereby renewed in the amounts as set forth below:

**Renewal of money judgment**

| | |
|---|---|
| a. Total judgment | $ 1,377,587.06 |
| b. Costs after judgment | $ 0.00 |
| c. Subtotal (add a and b) | $ 1,377,587.06 |
| d. Credits | $ 59,233.16 |
| e. Subtotal (subtract d from c) | $ 1,318,353.90 |
| f. Interest after judgment (0.09% from 5.29.14) | $ 12,446.50 |
| g. Fee for filing renewal of application | $ 0.00 |
| h. Total renewed judgment (add e, f and g) | $ 1,330,800.40 |

DATED: __May 14, 2024__        CLERK By: _/s/ A. Bandlek_____ 
                                                  Deputy

**Notice of Renewal of Judgment**

1